Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ. [See 1 A D 2d 792.]

In the Matter of the Claim of VINCENT COPELAND, Respondent, against COLORADO FUEL AND IRON CORPORATION — WICKWIRE SPENCER STEEL DIVISION et al., Appellants, and LUMBER MUTUAL CASUALTY INSURANCE COMPANY OF NEW YORK et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.

**1052**

Present —
Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ.